# THE FIRST BAPTIST CHURCH OF FORT WORTH   Fort Worth, Texas 76137

| PAY | Hours | Rate | Current | YTD |
|-----|-------|------|---------|-----|
| Salary | - | - | 1,923.08 | 9,615.40 |

CYNTHIA F. MCDONALD
1107 Villa Lane   Apt
1214
Arlington
TX, 76017

| TAXES | Current | YTD |
|-------|---------|-----|
| Federal Income Tax | 263.10 | 1,315.50 |
| Social Security | 119.23 | 596.15 |
| Medicare | 27.88 | 139.42 |

First Baptist Church of Fort Worth
5001 NE LOOP
FORT WORTH
TX, 76137

| DEDUCTIONS | Current | YTD |
|------------|---------|-----|

| OTHER PAY | Current | YTD |
|-----------|---------|-----|

**Pay Period**
07/08/2022 - 07/21/2022

**Pay Date**
07/20/2022

**MEMO:**

| BENEFITS | Used | Available |
|----------|------|-----------|

| SUMMARY | Current | YTD |
|---------|---------|-----|
| Total Pay | $1,923.08 | $9,615.40 |
| Taxes | $410.21 | $2,051.07 |
| Deductions | $0.00 | $0.00 |

**NET PAY:**                    **$1,512.87**

THE FIRST BAPTIST CHURCH OF FORT WORTH    Fort Worth, Texas 76137

26765

| CYNTHIA F. MCDONALD | PAY | Hours | Rate | Current | YTD | TAXES | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| 1107 Villa Lane Apt | Salary | - | - | 1,923.08 | 11,538.48 | Social Security | 119.24 | 715.39 |
| 1214 | | | | | | Medicare | 27.89 | 167.31 |
| Arlington | | | | | | Federal Income Tax | 263.10 | 1,578.60 |
| TX, 76017 | | | | | | | | |

First Baptist Church of Fort Worth
5001 NE LOOP
FORT WORTH
TX, 76137

| | DEDUCTIONS | Current | YTD |
|---|---|---|---|
| OTHER PAY | Current | YTD | |

**Pay Period**
07/22/2022 - 08/04/2022

**Pay Date**
08/03/2022

**MEMO:**

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,923.08 | $11,538.48 |
| Taxes | $410.23 | $2,461.30 |
| Deductions | $0.00 | $0.00 |

**NET PAY:** $1,512.85

# FIRST BAPTIST CHURCH OF FORT WORTH   Fort Worth, Texas 76137

**CYNTHIA F. MCDONALD**
1107 Villa Lane   Apt
1214
Arlington
TX, 76017

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 1,923.08 | 11,538.48 |

| TAXES | Current | YTD |
|---|---|---|
| Social Security | 119.24 | 715.39 |
| Medicare | 27.89 | 167.31 |
| Federal Income Tax | 263.10 | 1,578.60 |

First Baptist Church of Fort Worth
5001 NE LOOP
FORT WORTH
TX, 76137

| DEDUCTIONS | Current | YTD |
|---|---|---|

| OTHER PAY | Current | YTD |
|---|---|---|

**Pay Period**
07/22/2022 - 08/04/2022

**Pay Date**
08/03/2022

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,923.08 | $11,538.48 |
| Taxes | $410.23 | $2,461.30 |
| Deductions | $0.00 | $0.00 |
| **NET PAY:** | | **$1,512.85** |

**MEMO:**

**CYNTHIA F. MCDONALD**
1107 Villa Lane   Apt
1214
Arlington
TX, 76017

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 1,923.08 | 15,384.64 |

| TAXES | Current | YTD |
|---|---|---|
| Medicare | 27.89 | 223.08 |
| Federal Income Tax | 263.10 | 2,104.80 |
| Social Security | 119.23 | 953.85 |

**First Baptist Church of Fort Worth**
5001 NE LOOP
FORT WORTH
TX, 76137

| DEDUCTIONS | Current | YTD |
|---|---|---|

| OTHER PAY | Current | YTD |
|---|---|---|

**Pay Period**
08/19/2022 - 09/01/2022

**Pay Date**
08/31/2022

**MEMO:**

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,923.08 | $15,384.64 |
| Taxes | $410.22 | $3,281.73 |
| Deductions | $0.00 | $0.00 |
| **NET PAY:** | | **$1,512.86** |

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KW / 6YR 26879471 | 01/0389 | 241178 | 1 of 1 |

Diamond Kean Learning LLC
10455 N Central Expressway Ste
Dallas, TX 75231

# Earnings Statement

**ADP**®

Period Starting: 06/26/2022
Period Ending: 07/09/2022
Pay Date: 07/15/2022

Taxable Filing Status: Single
Exemptions/Allowances:                    Tax Override:
  Federal:    Std W/H Table    Federal:
  State:    0    State:
  Local:    0    Local:
Social Security Number:XXX-XX-XXXX

**Cynthia F McDonald**
**1107 Villa Ln**
**APT 1214**
**Arlington, TX 76017**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 15.00 | 240.00 | 1120.00 |
| **Gross Pay** | | | **$240.00** | $1,120.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -14.88 | 69.44 |
| Medicare | -3.48 | 16.24 |
| **Net Pay** | **$221.64** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 15.00 | 70.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0161 | XXXXXXXXX | 221.64 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are  $240.00

Diamond Kean Learning LLC
10455 N Central Expressway Ste
Dallas, TX 75231

**Pay Date:**          07/15/2022

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX0161 | XXXXXXXXX | 221.64 |

Cynthia F McDonald
1107 Villa Ln
APT 1214
Arlington, TX 76017

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KW / 6YR 26879471 | 01/0389 | 265913 | 1 of 1 |

Diamond Kean Learning LLC
10455 N Central Expressway Ste
Dallas, TX 75231

# Earnings Statement



Period Starting:    07/10/2022
Period Ending:    07/23/2022
Pay Date:    07/29/2022

Taxable Filing Status: Single
Exemptions/Allowances:          Tax Override:
  Federal:    Std W/H Table    Federal:
  State:    0    State:
  Local:    0    Local:
Social Security Number: XXX-XX-XXXX

**Cynthia F McDonald**
1107 Villa Ln
APT 1214
Arlington, TX 76017

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 15.00 | 240.00 | 1360.00 |
| **Gross Pay** | | | **$240.00** | $1,360.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -14.88 | 84.32 |
| Medicare | -3.48 | 19.72 |
| **Net Pay** | **$221.64** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 15.00 | 85.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0161 | XXXXXXXXX | 221.64 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are  $240.00

Diamond Kean Learning LLC
10455 N Central Expressway Ste
Dallas, TX 75231

**Pay Date:**    07/29/2022

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX0161 | XXXXXXXXX | 221.64 |

THIS IS NOT A CHECK

Cynthia F McDonald
1107 Villa Ln
APT 1214
Arlington, TX 76017

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KW / 6YR 26879471 | 01/0389 | 288569 | 1 of 1 |

Diamond Kean Learning LLC
10455 N Central Expressway Ste
Dallas, TX 75231

# Earnings Statement

**ADP**

Period Starting: 07/24/2022
Period Ending: 08/06/2022
Pay Date: 08/12/2022

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal:  Std W/H Table
  State:  0
  Local:  0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:
  State:
  Local:

Cynthia F McDonald
1107 Villa Ln
APT 1214
Arlington, TX 76017

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 9.00 | 144.00 | 1504.00 |
| Gross Pay | | | **$144.00** | $1,504.00 |

| Statutory Deductions | | this period | year to date |
|---|---|---|---|
| Federal Income | | 0.00 | 0.00 |
| Social Security | | -8.93 | 93.25 |
| Medicare | | -2.09 | 21.81 |
| Net Pay | | **$132.98** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 9.00 | 94.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0161 | XXXXXXXXX | 132.98 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $144.00

Diamond Kean Learning LLC
10455 N Central Expressway Ste
Dallas, TX 75231

**Pay Date:**    08/12/2022

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX0161 | XXXXXXXXX | 132.98 |

Cynthia F McDonald
1107 Villa Ln
APT 1214
Arlington, TX 76017

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KW / 6YR 26879471 | 01/0389 | 312698 | 1 of 1 |

Diamond Kean Learning LLC
10455 N Central Expressway Ste
Dallas, TX 75231

# Earnings Statement



Period Starting:    08/07/2022
Period Ending:    08/20/2022
Pay Date:    08/26/2022

Taxable Filing Status: Single
Exemptions/Allowances:        Tax Override:
   Federal:    Std W/H Table     Federal:
   State:    0               State:
   Local:    0               Local:
Social Security Number: XXX-XX-XXXX

**Cynthia F McDonald**
**1107 Villa Ln**
**APT 1214**
**Arlington, TX 76017**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 5.00 | 80.00 | 1584.00 |
| **Gross Pay** | | | **$80.00** | $1,584.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -4.96 | 98.21 |
| Medicare | -1.16 | 22.97 |
| **Net Pay** | **$73.88** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 5.00 | 99.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0161 | XXXXXXXXX | 73.88 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are   $80.00

Diamond Kean Learning LLC
10455 N Central Expressway Ste
Dallas, TX 75231

**Pay Date:**      08/26/2022

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX0161 | XXXXXXXXX | 73.88 |

THIS IS NOT A CHECK

Cynthia F McDonald
1107 Villa Ln
APT 1214
Arlington, TX 76017