Certificate Number: 17572-TXN-DE-036836478

Bankruptcy Case Number: 22-42099



17572-TXN-DE-036836478

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 16, 2022, at 11:43 o'clock AM PDT, Cynthia F McDonald completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Texas.

Date: September 16, 2022

By: /s/Benjamin E Wunsch

Name: Benjamin E Wunsch

Title: Counselor